**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **Chambers of** | **U.S.Courthouse - Chambers 5D** |
| **Richard D. Bennett** | **101 W. Lombard Street** |
| **United States District Judge** | **Baltimore, MD 21201** |
| **Northern Division** | **Tel:  410-962-3190** |
| | **Fax: 410-962-3177** |

January 9, 2019

TO COUNSEL OF RECORD

    RE:   *USA v. James Bowie*
            <u>Criminal No. RDB-14-0186</u>

Dear Counsel:

This will confirm the Sentencing of the above-captioned Defendant has been rescheduled.  The Revised Schedule is as follows:

    **Sentencing:**        **April 16, 2019 at 3:30 p.m.**

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                      Sincerely,

                      /s/

                      Richard D. Bennett
                      United States District Judge

RDB/klf